UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

AXIS REINSURANCE COMPANY,

        Plaintiff,   Case Number 09-12608-BC
v.                                           Honorable Thomas L. Ludington

GEOSTAR CORPORATION , TONY P.
FERGUSON, THOM E. ROBINSON, JOHN
W. PARROTT, S. DAVID PLUMMER,
SPENCER D. PLUMMER, CLASSICSTAR
FARMS, INC., CLASSICSTAR FARMS,
LLC, FIRST SOURCE WYOMING, INC.,
GEOSTAR EQUINE ENERGY, INC.,
GEOSTAR FINANCIAL CORPORATION,
GEOSTAR FINANCIAL SERVICES
CORPORATION, AND DOES 1–100,

        Defendants,

and

GEOSTAR CORPORATION, TONY P.
FERGUSON, THOM E. ROBINSON, JOHN
W. PARROTT, CLASSICSTAR FARMS, INC.,
FIRST SOURCE WYOMING, INC., GEOSTAR
FINANCIAL CORPORATION, AND GEOSTAR
FINANCIAL SERVICES CORPORATION,

        Plaintiffs,   Case Number 09-14306-BC
v.                                           Honorable Thomas L. Ludington

AXIS REINSURANCE COMPANY,

        Defendant,

v.

S. DAVID PLUMMER AND SPENCER D.
PLUMMER,

        Movants.
_____/

## ORDER CANCELING HEARING

A hearing on the parties cross-motions [Dkt. # 77, 80] regarding the "undertaking" that may be required by Plaintiff Axis Reinsurance Company before it advances defense costs to Defendant GeoStar and other insureds is scheduled for May 18, 2010. The Court has reviewed the parties papers, and they adequately set forth the legal and factual information necessary to determination of the motions. Accordingly, oral argument is unnecessary.

It is **ORDERED** that the hearing scheduled for Tuesday May 18, 2010 is **CANCELED**. *See* E.D. Mich. L.R. 7.1(f)(2).

    s/Thomas L. Ludington
    THOMAS L. LUDINGTON
    United States District Judge

Dated: May 12, 2010

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on May12, 2010.

    s/Tracy A. Jacobs
    TRACY A. JACOBS